UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRANDY LENHART,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID ROHRER, M.D.<br><br>　　　　　Defendant. | Case No: CV-17-121-GF-BMM<br><br>**ORDER** |

Pursuant to the Plaintiff's Status Report that the case settled at mediation on March 29, 2018, and showing good cause that the matter should remain on the Court's Docket for an additional sixty (60) days beyond April 26, 2018,

IT IS ORDERED and this does hereby ORDER that unless Plaintiff files a voluntary dismissal of the case by June 26, 2018, the Court will dismiss this matter pursuant to Fed. R. Civ.P. 4(m) on that date.

DATED this 3rd day of April, 2018.

_____
Brian Morris
United States District Court Judge